UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**PATRICIA LEA CLEMENS**,　　　　　　　　　　Civil Case No. 3:11-CV-06118-KI

      Plaintiff,

                          JUDGMENT

                v.

**MICHAEL J. ASTRUE**,
Commissioner of Social Security,

      Defendant.

    Kathryn Tassinari
    Mark A. Manning
    Harder, Wells, Baron & Manning, P.C.
    474 Willamette, Suite 200
    Eugene, Oregon  97401

        Attorneys for Plaintiff

    S. Amanda Marshall
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

>Adrian L. Brown
>Assistant United States Attorney
>1000 SW Third Avenue, Suite 600
>Portland, Oregon  97201-2902
>
>David J. Burdett
>Special Assistant United States Attorney
>Office of the General Counsel
>Social Security Administration
>701 Fifth Avenue, Suite 2900 M/S 221A
>Seattle, Washington  98104-7075
>
>>Attorneys for Defendant

KING, Judge:

>Based on the record,

>The decision of the Commissioner is hereby REVERSED, and this case is REMANDED

to the Commissioner for rehearing.

>Dated this _____6th_____ day of July, 2012.

>>/s/ Garr M. King
>>Garr M. King
>>United States District Judge